UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CESAR GUTIERREZ-NUNEZ,

    Defendant.
_____/

Case No. 1:25-cr-20090

Honorable Thomas L. Ludington
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND ACCEPTING GUILTY PLEA**

On February 27, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Cesar Gutierrez-Nunez consent. *See* ECF Nos. 14. That same day, Judge Morris issued a report recommending the acceptance of Defendant's guilty plea. ECF No. 18. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 18, is **ADOPTED**.

Dated: March 19, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge